**Exhibit A to the Complaint**

**Location:** Grand Rapids, MI  
**Total Works Infringed:** 23

**IP Address:** 99.51.10.40  
**ISP:** AT&T U-verse

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | C0796CCA0D0F34D7363AC8B99E9314385E786262 | Blacked | 08/05/2018 21:55:26 | 12/06/2017 | 01/04/2018 | PA0002097418 |
| 2 | 21D3700D91A9A538FF8D94300B85D6A482220565 | Vixen | 12/20/2017 21:04:09 | 12/20/2017 | 01/15/2018 | PA0002099694 |
| 3 | 250D8BAF8C10975C1A7A72A227D9ABC12F4693CE | Blacked | 11/06/2017 22:40:19 | 11/06/2017 | 11/27/2017 | PA0002097974 |
| 4 | 3691A26D4D786774A18E1AC2211E3B9A90B8CBD5 | Vixen | 01/24/2018 22:42:02 | 01/24/2018 | 03/02/2018 | PA0002104759 |
| 5 | 3A78411A27AF7D23828FED3770ADBBF7EE00934B | Tushy | 12/13/2017 20:15:43 | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 6 | 3E7F8AA5557DEAB0E3A3246CC9DA006C63423374 | Blacked | 10/28/2017 15:12:25 | 10/27/2017 | 11/27/2017 | PA0002098016 |
| 7 | 42730C2B510F6C5787C84F1C4F833F7ED8D2BB40 | Vixen | 05/25/2018 14:25:57 | 05/24/2018 | 06/30/2018 | 16755462372 |
| 8 | 444FD4E358F84BC9FEE02E1AFDE513858E0E71DA | Vixen | 09/22/2017 14:10:10 | 09/21/2017 | 10/10/2017 | PA0002086168 |
| 9 | 7E4C1E141F92D706047F8AF4F825A892B706A751 | Vixen | 07/11/2018 12:42:00 | 05/04/2018 | 05/19/2018 | 16665915546 |
| 10 | 8558CDCC79D489BEA5323E8445F25A045F426154 | Tushy | 07/31/2018 21:23:55 | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 11 | 8A842DDCB86E66CAD7B60FCCCE7233DA6889A656 | Vixen | 10/22/2017 03:18:43 | 10/21/2017 | 11/30/2017 | PA0002098006 |
| 12 | 933264A7E1BE372770286D56E1E2640F4BE36D81 | Tushy | 12/23/2017 03:11:58 | 12/22/2017 | 01/23/2018 | PA0002101752 |
| 13 | 9D1114F2ED6D94B73577B2D61F135B08A65E782D | Blacked | 11/12/2017 16:15:07 | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 14 | A9DA038F460002F40B01C495B560A0947F2D691C | Vixen | 01/17/2018 04:10:10 | 01/09/2018 | 01/15/2018 | PA0002070945 |
| 15 | B48F74F303DFEFFA58AF3F8FB8007764EE5E02E7 | Vixen | 10/12/2017 14:31:57 | 10/11/2017 | 10/19/2017 | PA0002090452 |
| 16 | B4FC2280092E23C15AC5504F8903203E8A2EFF07 | Vixen | 10/02/2017 14:21:43 | 10/01/2017 | 10/10/2017 | PA0002086155 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | D05145D6CAA55168052E0D998AC6E235807F8E53 | Blacked Raw | 10/25/2017 01:02:56 | 10/24/2017 | 11/30/2017 | PA0002098011 |
| 18 | D7E0555C31C5AA210275690B5F71153FCD8259AA | Blacked Raw | 05/11/2018 15:30:26 | 04/17/2018 | 05/23/2018 | PA0002101308 |
| 19 | E3D7FA29C9F6754E16C7D1FEFDF33C64C064617B | Vixen | 07/13/2018 12:52:22 | 05/29/2018 | 06/30/2018 | 16761901131 |
| 20 | E95F5BED00B1CC2246D025A8CC7BB7CB0DC866FA | Tushy | 01/23/2018 12:34:23 | 01/21/2018 | 02/20/2018 | PA0002104191 |
| 21 | EDC2A3F2D99CE94F8FE15134B711A77E3551EBCF | Tushy | 11/13/2017 19:19:59 | 11/12/2017 | 11/30/2017 | PA0002098037 |
| 22 | F52EB1226D7E096A8E494161A67318AA7E9D113D | Blacked | 04/30/2018 18:41:53 | 04/25/2018 | 05/19/2018 | 16665887869 |
| 23 | FAD86262581A95579253F08E5353B33F8BECFED5 | Tushy | 10/10/2017 01:06:57 | 10/08/2017 | 10/19/2017 | PA0002058298 |