UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 99.51.10.40,

    Defendant.
_____/

File No: 1:18-CV-1079

HON. ROBERT J. JONKER

## ORDER SETTING DEADLINE FOR CLOSING DOCUMENTS

The Court was advised by the filing of a Notice of Settlement on December 17, 2018, that the parties have reached a settlement.

Accordingly, closing documents shall be filed no later than **January 17, 2019**. If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the Court's docket, this case will be dismissed without prejudice and without costs.

.

Date:   December 19, 2018             /s/ Robert J. Jonker
                                                     ROBERT J. JONKER
                                                     CHIEF UNITED STATES DISTRICT JUDGE