## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT MICHIGAN

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | )    Civil Case No. 1:18-cv-01079-RJJ-RSK |
| | ) |
| v. | ) |
| | ) |
| JOHN DOE subscriber assigned IP | ) |
| address 99.51.10.40, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## PLAINTIFF'S NOTICE OF SETTLEMENT AND
## VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with John Doe, subscriber assigned IP address 99.51.10.40 ("Defendant"), through Defendant's counsel, Robert Cashman, Esq.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: January 4, 2019                          Respectfully submitted,

                                                **BOROJA, BERNIER & ASSOCIATES PLLC**

                                                /s/ *Joel A. Bernier*
                                                **By:  JOEL A. BERNIER (P74226)**
                                                49139 Schoenherr Rd.
                                                Shelby Township, MI 48315
                                                T: 586-991-7611
                                                F: 586-991-7612
                                                Email: Bbclawgroup@gmail.com
                                                *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: <u>/s/ /s/ *Joel A. Bernier* ___ _</u>
Joel A. Bernier, Esq.